IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SCOTTLEN DEVONE BENNETT, #91252 | § § § § § § § |
| v. | |
| THE CITY OF BONHAM, TEXAS | |

CIVIL ACTION NO. 4:20cv632

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak who issued a Report and Recommendation concluding that Plaintiff's lawsuit should be dismissed with prejudice (Dkt. #20). The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant The City of Bonham's Motion for Summary Judgment (Dkt. #13) is **GRANTED**.

It is further **ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 7th day of July, 2021.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE